Melissa Newel (#148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA  94705
(510) 316-3827
mnewel@newellawfirm.com
Attorney for Plaintiff
SERGIO E. ROJAS ENRIQUEZ

PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
MARCELO N. ILLARMO
Social Security Administration
Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA  94105
(510) 970-4822
marcelo.illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO E. ROJAS ENRIQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>Defendant. | No.  1:20-CV-01504 (EPG)<br><br>**STIPULATION AND ORDER FOR AWARD AND PAYMENT OF ATTORNEYS FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. §2412(d)) AND 28 U.S.C. §1920** |

1        IT IS HEREBY STIPULATED by and between the parties, through their undersigned
2 attorneys, subject to the approval of the Court, that Sergio E. Rojas Enriquez ("Plaintiff") be
3 awarded attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412 (d), in
4 the amount of seven hundred and thirty three dollars and nineteen cents ($733.19), and four
5 hundred dollars ($400) costs, for a total of one thousand and one hundred thirty three dollars and
6 nineteen cents ($1,133.19). This represents compensation for legal services rendered on behalf of
7 Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §2412 (d)
8 and 28 U.S.C. §1920.

9        After the Court issues an Order for EAJA fees to Plaintiff, the government will consider
10 the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to *Astrue v.*
11 *Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the
12 attorney fees are subject to any offset allowed under the United States Department of the
13 Treasury's Offset Program. After the Order for EAJA fees is entered, the government will
14 determine whether they are subject to any offset.

15        Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines
16 that Plaintiff does not owe a federal debt subject to offset, then the government shall cause the
17 payment of fees approved to be made payable to Melissa Newel or Newel Law (collectively
18 "Plaintiff's counsel"), pursuant to the assignment executed by Plaintiff. Any and all payments
19 made shall be delivered to Plaintiff's counsel.

20       This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
21 attorney fees and does not constitute an admission of liability on the part of Defendant under
22 EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any
23 and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees
24 and expenses in connection with this action.

25 ///
26 ///
27 ///
28 ///

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. §406(b), subject to the provisions of the EAJA.

Respectfully submitted,

Dated: September 23, 2021          NEWEL LAW

By:   *Melissa Newel*
      Melissa Newel
      Attorney for Plaintiff
      SERGIO E. ROJAS ENRIQUEZ

Dated: September 28, 2021          PHILLIP A. TALBERT
                                   Acting United States Attorney
                                   DEBORAH LEE STACHEL
                                   Regional Chief Counsel, Region IX
                                   Social Security Administration

By:   Marcelo N. Illarmo*
      MARCELO N. ILLARMO
      (*Authorized by email dated 09/28/2021*)
      Special Assistant U.S. Attorney
      Attorneys for Defendant

**ORDER**

Based upon the parties' stipulation (ECF No. 16), IT IS HEREBY ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412, attorneys' fees in the amount of $733.19 and costs in the amount of $400.00, for a total of $1,133.19, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated: **September 29, 2021**            /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE