1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO E. ROJAS ENRIQUEZ, | Case No.  1:20-cv-01504-EPG |
| Plaintiff, | ORDER RE: STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | (ECF No. 19). |
| Defendant. | |

On March 7, 2023, the parties filed a stipulation for an extension of time for Defendant to respond to Plaintiff's motion. Based on the parties' stipulation (ECF No. 19), IT IS ORDERED that Defendant shall file a response to Plaintiff's motion by April 6, 2023.

IT IS SO ORDERED.

Dated:   **March 8, 2023**                    /s/ Erin P. Groin
                                              UNITED STATES MAGISTRATE JUDGE

1