UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO E. ROJAS ENRIQUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:20-cv-01504-EPG<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR AN ORDER TO SHOW CAUSE AS MOOT<br><br>(ECF No. 18). |

　　　　On September 29, 2021, this Court entered an order on approving the parties' stipulation for voluntary remand pursuant to Sentence Four of 42 U.S.C. §450(g) and ordering that Plaintiff "be awarded attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412 (d), in the amount of seven hundred and thirty-three dollars and nineteen cents ($733.19), and four hundred dollars ($400) costs." (ECF Nos. 16 & 17).

　　　　On February 21, 2023, Plaintiff filed a motion requesting that the Court issue an order directing Defendant to show cause why Defendant has not complied with the Court's order regarding the payment of $400 in costs. (ECF No. 18). After the parties stipulated to an extension of time for Defendant to respond (ECF Nos. 19 & 20), Defendant filed a response on April 6, 2023. (ECF No. 21). According to the declaration of Defendant's counsel, Plaintiff's counsel confirmed that she received a check for $400 in costs from the United States Treasury

Department's Judgment Fund on March 3, 2023. (*Id.* at p. 4). Further, Plaintiff's counsel confirmed that she deposited the check. (*Id.*) Accordingly, Defendant requests that Plaintiff's motion be denied as moot. (*Id.*)

      In light of Defendant's response indicating the issue has resolved, IT IS ORDERED that Plaintiff's motion for an order to show cause (ECF No. 18) is denied as moot.

IT IS SO ORDERED.

Dated:   **April 19, 2023**                    /s/ Erica P. Grosjean
                                                     UNITED STATES MAGISTRATE JUDGE